UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNUM LIFE INSURANCE COMPANY OF
AMERICA,
                      **Plaintiff,**

-vs-                                        Case No. 6:05-cv-544-Orl-22DAB

TRACY KALEO,
MICHAEL SCHULHOFF,
JENNIFER SCHULHOFF,
                      **Defendants.**

## ORDER

This case is before the Court on the Motion for Attorney's Fees (Doc. No. 43) filed April 24, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 9, 2006 (Doc. No. 45) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion for Attorney's Fees (Doc. 43) is **GRANTED in part and DENIED in part.** The Court awards Plaintiff attorney's fees and costs in the total amount of $1,250, taxable against the fund currently in the registry of the Clerk of Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __24__ day of May, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party